UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-cv-23714-UU

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon Plaintiff's Motion for an Extension of Time within which to effectuate service. D.E. 17.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised on the premises. Plaintiff moves for a 30-day extension of time from its 120-day deadline to effectuate service, which falls on February 11, 2014. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion, (D.E. 17), is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this 11th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record