UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-cv-23714-UU

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.
_____/

### ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court upon the Court's Order of Dismissal.

THE COURT is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf