UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-cv-23714-UU

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

_____/

**ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff filed suit on October 14, 2013, and notwithstanding that 120 days have elapsed since that date, Plaintiff has yet to serve Defendant. Accordingly, and pursuant to Federal Rule of Civil Procedure 4(m), it is hereby

    ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

    DONE AND ORDERED in Chambers at Miami, Florida, this _12th_ day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf